# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **HAMAN, INC.,** ] | |
| ] | |
| **Plaintiff,** ] | |
| ] | |
| v.  ] | **CIVIL ACTION NO.** |
| ] | **2:18-CV-01534-KOB** |
| **CHUBB CUSTOM INSURANCE** ] | |
| **COMPANY,** ] | |
| ] | |
| **Defendant.** ] | |

## ORDER

The court **GRANTS** Plaintiff's unopposed motion for leave to file an amended complaint. (Doc. 31).

But the court instructed Plaintiff to attach his proposed amended complaint to his motion. He did not. Exhibit A to the motion is *not* an amended complaint; it only identifies the amendments that Plaintiff will make. So, the court **ORDERS** Plaintiff to file his amended complaint—that is, **his current complaint with the two corrections incorporated into it**—on or before March 22, 2019. The court will not require a responsive pleading from Defendant.

**DONE** and **ORDERED** this 14th day of March, 2019.

_Karon O. Bowdre_
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE

1