FILED
2019 Apr-08 PM 03:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 3

## APPRAISAL EMPLOYMENT AGREEMENT - COMMERCIAL

WHEREAS __HAMAN INC, DBA KNIGHTS INN__ ("Insured") is the owner of a property located at __1121 9TH AVE SW, BESSEMER AL 35022__ which is insured by __CHUBB CUSTOM INS CO__ ("Carrier"); and, that a disagreement has arisen between the Insured and the Carrier regarding the proper valuation of the __FIRE__ loss sustained by the Insured on or about __3/22/2014__; now therefore, the parties agree as follows:

1. The Insured hereby employs The Howarth Group ("THG") for the purpose of determining the amount of the loss and for presenting this valuation to the appraisal panel and/or the Carrier. In this regard, THG is directed to notify the Carrier of the Insured's invocation of the appraisal provision of the policy and is hereby appointed as the Insured's appraiser as required by the policy. THG will present the strongest legitimate claim available for the Insured within the terms of the Agreement, with due consideration to the circumstances of the loss and the customs and practices in the industry. However, the Insured acknowledges that THG will not act as a mere advocate on their behalf, but will present to the appraiser appointed by the Carrier, as well as to the umpire, its conscientious, impartial and well-considered opinions and will strive to reach common ground consistent with the rights, duties and obligations of both the Insured and the Carrier.

2. The parties acknowledge that THG and its employees are not attorneys and therefore do not provide legal representation or render legal advice.

3. The Insured agrees to pay THG in consideration for its services an hourly rate of $375.00 per hour together with all expenses reasonably incurred in the appraisal. However, because THG has expressed to the Insured the opinion that the amount proposed by the Carrier to the Insured is inadequate, and because THG agrees that a reasonable limitation of the amount of compensation will be necessary for the Insured to realize a benefit from the appraisal, THG agrees that the total fee charged will not exceed thirty percent (30%) of the additional settlement awarded to the Insured, and additionally, *should the process produce no additional settlement then no fee will be due.* THG does not make any promise or guarantee that a recovery can or will be obtained.

4. The Insured assigns to THG the right to be paid as a joint payee by the Carrier on any additional structural payments issued on this loss and agrees to notify THG within three (3) business days of any check from the Carrier (along with a copy of the check) and to pay THG within ten (10) business days of receipt of their invoice.

5. THG is an independent party and is not affiliated with any insurance company.

6. This Agreement contains the entire agreement between the parties and there are no oral or written representations, promises, agreements or arrangements between the parties, expressed or implied, other than those set forth in this Agreement. This Agreement will be interpreted in accordance with the local laws of the State of Tennessee.

7. Should the Insured default in the payment of THG's fee, interest will accrue on the unpaid balance at the rate of ten percent (10%) per annum and the Insured agrees to pay all costs and expenses associated with THG's effort to collect any unpaid balance. The parties agree that the sole venue for any dispute arising out of this agreement will be in the courts of Williamson County, TN.

_____  Title: __VP__  Date: __1/29/15__

_____  Title: _____  Date: _____

_____  Title: __Alan Coulter__  Date: __1/29/15__
The Howarth Group, Inc.