FILED
2019 Oct-16  AM 11:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **HAMAN, INC., d/b/a Knights Inn,** ]<br>]<br>   **Plaintiff,** ]<br>]<br>**v.** ]<br>]<br>**CHUBB CUSTOM INSURANCE** ]<br>**COMPANY,** ]<br>]<br>   **Defendant.** ]<br>] | **CIVIL ACTION NO.:**<br>**2:18-CV-1534 KOB** |

### REVISED SCHEDULING ORDER

In accordance with the Status Conference held by telephone on October 16, 2019, the court hereby sets the following deadlines:

All discovery must be completed by **December 30, 2019.**

This case is set for a **Status Conference** on **Wednesday, January 15, 2020 at 2:00 PM, central time,** eighth floor chambers of the undersigned, Hugo L. Black U.S. Courthouse, Birmingham, AL.  Counsel shall file with the court a <u>**Joint**</u> **Status Report** on **January 13, 2020**. The status report should include enough information to allow the court to understand the nature of the case, its current status, including any pending motions, and any current or anticipated problems in preparing the case for trial.  Specifically, the court should be advised of the pertinent issues and the parties' positions as to those issues.  The status report should not be used to argue the party's case, or to present all possible legal theories.  Instead, the report should apprise the court of the case and current issues affecting trial preparation.

All potentially dispositive motions must be filed by **January 30, 2020**, and must comply with

this court's requirements as stated in "Appendix II" available on the court's website at www.alnd.uscourts.gov under the court information for Judge Bowdre.

This case will be set for a **Pretrial Conference** in **June, 2020,** eighth floor chambers of the undersigned, Hugo L. Black U.S. Courthouse, Birmingham, AL. Counsel should pay close attention to the requirement of presenting a joint proposed pretrial order to the court within 5 business days of the pretrial conference. Pretrial order instructions are available on the court's website at www.alnd.uscourts.gov under the court information for Judge Bowdre.

The case should be **ready for trial by August, 2020**. A trial date will be set at the pretrial conference.

**DONE** and **ORDERED** this 16th day of October, 2019.

_____
**KARON OWEN BOWDRE**
**CHIEF UNITED STATES DISTRICT JUDGE**