IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HAMAN, INC. d/b/a KNIGHTS INN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action File No. |
| | ) <u>2:18-cv-1534-KOB</u> |
| | ) |
| v. | ) |
| | ) |
| CHUBB CUSTOM INSURANCE | ) |
| COMPANY, | ) |
| Defendant. | ) |

**<u>NOTICE OF FILING OF EVIDENTIARY MATERIALS IN SUPPORT OF
PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

COMES NOW Plaintiff Haman, Inc. d/b/a Knights Inn, and pursuant to this

Court's Initial Order (Doc. 12), submits the following evidentiary materials:

**<u>DOCUMENTS</u>**

Exhibit 1 -     Insurance Policy – 03/02/14

Exhibit 2 -     Chubb record of payments document

Exhibit 3 -     Proof of Loss – Fire – Structure - 04/08/2016

Exhibit 3A -    Howarth Group appraisal estimate – Fire- 2/11/2015 (225 pages)

Exhibit 4 -     Proof of Loss – Fire contents – 09/30/2014

1

| | |
|---|---|
| Exhibit 4A - | Howarth Group Appraisal estimate- Fire contents – $139,451.32 (43 pages) |
| Exhibit 5 - | Proof of Loss – Wind Claim – 04/08/2016 |
| Exhibit 6 - | Howarth Group Appraisal Estimate – wind claim– 01/10/2016 (52 pages) $1,595,608.00 |
| Exhibit 7 - | Contents Itemization – wind claim (41 pages) - $138,082.14 |
| Exhibit 8 - | Common Area Estimate – wind claim (5 pages) – $56,850.93 |
| Exhibit 9 - | Chart of All Haman Estimates, All Payments Made |
| Exhibit 10 - | Appraisal Demand – fire – 02/25/2015 |
| Exhibit 11 - | Appraisal demand Chuck Howarth to Wilburn (wind claim) 07/06/2015 |
| Exhibit 12 - | Cover letter of 08/20/2015 for Declaration of Appraisers |
| Exhibit 13 - | Declaration of Appraisers – both claims (signed by Bushman & Howarth) |
| Exhibit 14 - | Perich to Howarth email 07/22/2015 (RE: Bushman's appraiser) |
| Exhibit 15 - | Umpire Acceptance (02/01/2016) |
| Exhibit 16 - | Deposition of Chuck Howarth |
| Exhibit 16A - | Chuck Howarth CV |
| Exhibit 17 - | Deposition of Arthur Grandinetti |
| Exhibit 17A - | Arthur Grandinetti CV |
| Exhibit 18 - | Deposition of Tom Irmiter |

Exhibit 18A -	Tom Irmiter Report

Exhibit 18B -	Tom Irmiter CV

Exhibit 19 -	Deposition of Wade Bushman

Exhibit 20 -	Bushman to Howarth – accepting Mullin as umpire – 07/23/2015

Exhibit 21 -	08/08/2019 Letter – Leslie Davidson RE: Bushman document dump

Exhibit 22 -	Deposition of Brent Perich

Exhibit 23 -	Email from Brent Perich to Wade Bushman re: Helm's Report

Exhibit 24 -	Email – Brent Perich to Wade Bushman

Exhibit 25 -	1st EUO of Chuck Howarth – 09/26/2017

Exhibit 26 -	2nd EUO of Chuck Howarth – 12/12/2017

Exhibit 27 -	EUO of Haman (Mrs. Zarin Visram) – 09/26/2017

Exhibit 28 -	Perich to Howarth Email 04/04/2015 (confirming inspection and appraisal rights if not satisfied)

Exhibit 28A-	Alabama Department of Insurance – Appraisal advice

Exhibit 29 -	Deposition of Sheila Allen

Exhibit 29A -	Chubb internal document, business interruption loss

Exhibit 30 -	Dale Mullin CV

Exhibit 31 -	Deposition of Kurt Mulder

Exhibit 32 -	Deposition of Randy Wilburn

Exhibit 32A-    Deposition document re: Alabama Law – Wilburn file

Exhibit 32B -   Conchin letter to Wilburn, November 30, 2015

Exhibit 33-     Insurance Evaluation – Chubb- two weeks before fire, six weeks before storm

Exhibit 34-     Insurance Valuation Report 5-6-2015 - York


Respectfully submitted,

/s/ Gary V. Conchin
GARY V. CONCHIN
Alabama Bar No.: ASB-1263-C56G

/s/ Kenneth B. Cole, Jr.
KENNETH B. COLE, JR.
Alabama Bar No.: ASB-0595-C56K

CONCHIN, COLE & JORDAN
2404 Commerce Court SW
Huntsville, Alabama 35801
gary@alainjurylaw.com
kenny@alainjurylaw.com

-and-

/s/ Gregory A. Brockwell
GREGORY A. BROCKWELL
Alabama Bar No. ASB-9949-r49b

/s/ Jason R. Smith
JASON R. SMITH
Alabama Bar No. ASB 2692-j50s

4

        BROCKWELL SMITH LLC
        2100 1st Avenue North, Suite 300
        Birmingham, Alabama 35203
        greg@brockwellsmith.com
        jay@brockwellsmith.com

        *Attorneys for Plaintiff Haman, Inc.*
        *d/b/a Knights Inn*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 20th day of August, 2020 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: Wayne D. Taylor, Michelle A. Sherman, Mark D. Hess and David R. Wells, and I certify that I have e-mailed and mailed by United States Postal Service the document to the following non-CM/ECF participants:

| | |
|---|---|
| WAYNE D. TAYLOR | DAVID A. LEE |
| Georgia Bar No. 701275 | Alabama Bar No. ASB-3165-E47D |
| Admitted pro hac vice | PARSONS, LEE & JULIANO, P.C. |
| MICHELLE A. SHERMAN | 600 Vestavia Parkway, Ste. 300 |
| Georgia Bar No. 835980 | Birmingham, Alabama 35216 |
| Admitted pro hac vice | Tel:  (205) 326-6600 |
| MOZLEY, FINLAYSON & LOGGINS | Fax:  (205) 324-7097 |
| 1050 Crown Pointe Parkway, Suite 1500 | dlee@pljpc.com |
| Atlanta, Georgia 30338 | |
| Tel: (404) 256-0700 | |
| Fax: (404) 250-9355 | |
| wtaylor@mfllaw.com | |
| msherman@mfllaw.com | |

MARK D. HESS
Alabama Bar No. ASB-0008-E66M
HAND ARENDALL HARRISON SALE LLC
1801 5th Avenue North, Suite 400
Birmingham, Alabama 35203
Tel: (205) 324-4400
Fax: (205) 322-1163
mhess@handfirm.com

                                        /s/ Gary V. Conchin
                                        Gary V. Conchin
                                        Alabama Bar No: ASB-1263-C56G