# EXHIBIT 4

 Alabama Secretary of State 

| | |
|---|---|
| The Howarth Group, Inc. ||
| Entity ID Number | 942 - 538 |
| Entity Type | Foreign Corporation |
| Principal Address | 137 THIRD AVE NORTH<br>FRANKLIN, TN 37064 |
| Principal Mailing Address | Not Provided |
| Status | Exists |
| Place of Formation | Tennessee |
| Formation Date | 1-11-2002 |
| Qualify Date | 8-24-2009 |
| Registered Agent Name | CONCHIN, GARY |
| Registered Office Street Address | 2404 COMMERCE ST SW<br>HUNTSVILLE, AL 35801 |
| Registered Office Mailing Address | 2404 COMMERCE ST SW<br>HUNTSVILLE, AL 35801 |
| Nature of Business | |
| Capital Authorized | |
| Capital Paid In | |
| Annual Reports ||
| Annual Report information is filed and maintained by the Alabama Department of Revenue. If you have questions about any of these filings, please contact Revenue's Business Privilege Tax Division at 334-242-1170 or www.revenue.alabama.gov. The Secretary of State's Office cannot answer questions about or make changes to these reports. ||
| Report Year | 2011   2012 |
| Transactions ||
| Transaction Date | 11-6-2018 |
| Registered Agent Changed From | CONCHIN, GARY<br>MORRIS CONCHIS COOPER KING<br>129 WASHINGTON ST<br>HUNTSVILLE, AL 35801 |
| Transaction Date | 11-6-2018 |
| Agent Mailing Address Changed From | Not Provided |
| Scanned Documents ||
| Purchase Document Copies ||
| Document Date / Type / Pages | 8-24-2009    Certificate of Formation    1 pg. |
| Document Date / Type / Pages | 11-6-2018    Registered Agent Change    2 pgs. |

| The Howarth Group, Inc. |
|---|
| |

Browse Results    New Search