IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HAMAN, INC. d/b/a KNIGHTS INN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action File No. |
| | ) <u>2:18-CV-01534-KOB</u> |
| | ) |
| v. | ) **OPPOSED** |
| | ) |
| CHUBB CUSTOM INSURANCE COMPANY, | ) |
| | ) |
| | ) |
| Defendant. | ) |

**<u>EVIDENTIARY SUBMISSIONS OF CHUBB CUSTOM INSURANCE COMPANY
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT</u>**

Wayne D. Taylor
Georgia Bar No. 701275
Michelle A. Sherman
Georgia Bar No. 835980
Mozley, Finlayson & Loggins LLP
1050 Crown Pointe Parkway
Suite 1500
Atlanta, Georgia 30338
Tel: (404) 256-0700
Fax: (404) 250-9355
wtaylor@mfllaw.com
msherman@mfllaw.com

MARK D. HESS
Alabama Bar No. ASB-0008-E66M
HAND ARENDALL HARRISON SALE LLC
1801 5th Avenue North, Suite 400
Birmingham, Alabama 35203
Tel: (205) 324-4400
Fax: (205) 322-1163
mhess@handfirm.com

DAVID A. LEE
Alabama Bar No. ASB-3165-E47D
PARSONS, LEE & JULIANO, P.C.
600 Vestavia Parkway, Suite 300
Birmingham, AL 35216
Tel: 205-326-6600
Fax:205-324-7097
dlee@pljpc.com

*Attorneys for Chubb Custom Insurance Company*

| Attachment | Description |
| --- | --- |
| 1. | Complaint of Haman in the Circuit Court of Jefferson County, Alabama, Bessemer Division, Case No. 68-CV-2016-900146 |
| 2. | Deposition of Zarin Visram |
| 3. | Exhibit 1 to Visram deposition |
| 4. | Exhibit 2 to Visram deposition |
| 5. | Exhibit 3 to Visram deposition |
| 6. | Exhibit 4 to Visram deposition |
| 7. | Exhibit 5 to Visram deposition |
| 8. | Exhibit 6 to Visram deposition |
| 9. | Exhibit 7 to Visram deposition |
| 10. | Exhibit 8 to Visram deposition |
| 11. | Exhibit 9 to Visram deposition |
| 12. | Exhibit 10 to Visram deposition |
| 13. | Exhibit 11 to Visram deposition |
| 14. | Exhibit 12 to Visram deposition |
| 15. | Exhibit 13 to Visram deposition |
| 16. | Exhibit 14 to Visram deposition |
| 17. | Exhibit 15 to Visram deposition |
| 18. | Exhibit 16 to Visram deposition |
| 19. | Exhibit 17 to Visram deposition |
| 20. | Exhibit 18 to Visram deposition |
| 21. | Exhibit 18 to Visram deposition |
| 22. | Exhibit 20 to Visram deposition |
| 23. | Exhibit 21 to Visram deposition |
| 24. | Exhibit 22 to Visram deposition |
| 25. | Exhibit 23 to Visram deposition |
| 26. | Exhibit 24 to Visram deposition |
| 27. | Exhibit 25 to Visram deposition |
| 28. | Exhibit 26 to Visram deposition |
| 29. | Exhibit 27 to Visram deposition |
| 30. | Exhibit 28 to Visram deposition |
| 31. | Exhibit 29 to Visram deposition |
| 32. | Affidavit of Thomas Sumner and expert report |
| 33. | Plaintiff's Response To Chubb's First Request For Admissions |
| 34. | Deposition of Thomas J. Irmiter |
| 35. | Exhibit 31 to Irmiter deposition |
| 36. | Exhibit 32 to Irmiter deposition |
| 37. | Exhibit 33 to Irmiter deposition |
| 38. | Exhibit 34 to Irmiter deposition |
| 39. | Exhibit 35 to Irmiter deposition |
| 40. | Exhibit 36 to Irmiter deposition |
| 41. | Deposition of Wasif Burkari |
| 42. | Exhibit 30 to Burkari deposition |
| 43. | Deposition of Sheila Allen |

| 44. | Exhibit 81 Exhibit 1 to Allen deposition |
|---|---|
| 45. | Exhibit 82 to Allen deposition |
| 46. | Exhibit 83 to Allen deposition |
| 47. | Exhibit 84 to Allen deposition |
| 48. | Exhibit 85 to Allen deposition |
| 49. | Exhibit 86 to Allen deposition |
| 50. | Exhibit 87 to Allen deposition |
| 51. | Exhibit 88 to Allen deposition |
| 52. | Deposition of Chuck Howarth |
| 53. | Exhibit 37 to Howarth deposition |
| 54. | Exhibit 38 to Howarth deposition |
| 55. | Exhibit 39 to Howarth deposition |
| 56. | Exhibit 40 to Howarth deposition |
| 57. | Exhibit 41 to Howarth deposition |
| 58. | Exhibit 42 to Howarth deposition |
| 59. | Exhibit 43 to Howarth deposition |
| 60. | Exhibit 44 to Howarth deposition |
| 61. | Exhibit 45 to Howarth deposition |
| 62. | Exhibit 46 to Howarth deposition |
| 63. | Exhibit 47 to Howarth deposition |
| 64. | Exhibit 48 to Howarth deposition |
| 65. | Exhibit 48 to Howarth deposition |
| 66. | Exhibit 50 to Howarth deposition |
| 67. | Exhibit 51 to Howarth deposition |
| 68. | Exhibit 52 to Howarth deposition |
| 69. | Exhibit 53 to Howarth deposition |
| 70. | Exhibit 54 to Howarth deposition |
| 71. | Exhibit 55 to Howarth deposition |
| 72. | Exhibit 56 to Howarth deposition |
| 73. | Exhibit 57 to Howarth deposition |
| 74. | Affidavit of Kurt D Mulder, P.E. and expert report |
| 75. | Page from website of the Alabama Secretary of State |
| 76. | Certified copy of Chubb insurance policy |

This 20th day of August, 2020.

*/s/ Wayne D. Taylor*
WAYNE D. TAYLOR
Georgia Bar No. 701275
*Admitted pro hac vice*
MICHELLE A. SHERMAN
Georgia Bar No. 835980
*Admitted pro hac vice*
MOZLEY, FINLAYSON & LOGGINS LLP

1050 Crown Pointe Parkway
Suite 1500
Atlanta, Georgia 30338
Tel: (404) 256-0700
Fax: (404) 250-9355
wtaylor@mfllaw.com
msherman@mfllaw.com

-and-

MARK D. HESS
Alabama Bar No. ASB-0008-E66M
HAND ARENDALL HARRISON SALE LLC
1801 5th Avenue North, Suite 400
Birmingham, Alabama 35203
Tel: (205) 324-4400
Fax: (205) 322-1163
mhess@handfirm.com

-and-

DAVID A. LEE
Alabama Bar No. ASB-3165-E47D
PARSONS, LEE & JULIANO, P.C.
600 Vestavia Parkway, Suite 300
Birmingham, AL 35216
Tel: 205-326-6600
Fax: 205-324-7097
dlee@pljpc.com

*Attorneys for Defendant*
*Chubb Custom Insurance Company*

*#488097*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HAMAN, INC. d/b/a KNIGHTS INN,  ) | |
| ) | |
| Plaintiff,     ) | |
| ) | |
| ) | Civil Action File No. |
| ) | 2:18-CV-01534-JHE |
| ) | |
| v.     ) | |
| ) | |
| CHUBB CUSTOM INSURANCE  ) | |
| COMPANY,  ) | |
| ) | |
| Defendant.    ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the **EVIDENTIARY SUBMISSIONS OF CHUBB CUSTOM INSURANCE COMPANY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** was electronically mailed to the following counsel of record:

Gary V. Conchin
Kenneth B. Cole, Jr.
Franklin Taylor Rouse
Conchin, Cloud & Cole, LLC
2404 Commerce Court SW
Huntsville, Alabama 35801
gary@alainjurylaw.com
kenny@alainjurylaw.com

-and-

Gregory A. Brockwell
Jason R. Smith
Brockwell Smith LLC
2100 1st Avenue North, Suite 300
Birmingham, Alabama 35203
greg@brockwellsmith.com
jay@brockwellsmith.com

*Attorneys for Plaintiff Haman, Inc. d/b/a Knights Inc.*

This 20th day of August, 2020.

/s/ *Wayne D. Taylor*
WAYNE D. TAYLOR
Georgia Bar No. 701275
*Admitted pro hac vice*