FILED
2020 Aug-20 PM 05:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HAMAN, INC. d/b/a KNIGHTS INN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) Civil Action File No. | |
| ) 2:18-CV-01534-JHE | |
| ) | |
| v. ) | |
| ) | |
| CHUBB CUSTOM INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF DEPOSITION OF THOMAS J. IRMITER**

TO:  Gary V. Conchin              Gregory A. Brockwell
     Kenneth B. Cole, Jr.          Jason R. Smith
     Franklin Taylor Rouse         Brockwell Smith LLC
     Conchin, Cloud & Cole, LLC    2100 1st Avenue North, Suite 300
     2404 Commerce Court SW        Birmingham, Alabama 35203
     Huntsville, Alabama 35801     greg@brockwellsmith.com
     gary@conchincloudcole.com     jay@brockwellsmith.com
     kenny@conchincloudcole.com

**YOU ARE HEREBY NOTIFIED** that, on **December 27, 2019** beginning at **9:00 a.m. (C.S.T.)** at the offices of **Meagher & Geer, PLLP, 33 S. Sixth Street, Suite 4400, Minneapolis, MN 55402**, counsel for defendant Chubb Custom Insurance Company, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure and the Local Rules of this Court, will take the deposition upon oral examination of **THOMAS J. IRMITER** for purposes of discovery, cross-


EXHIBIT Def 31 12.27.19

examination, preservation of testimony, and all other purposes permitted under the Federal Rules of Civil Procedure. The deposition will take place before an officer duly authorized by law to administer oaths and to take and transcribe depositions. The deposition will continue from day to day until it is completed.

This 3rd day of December, 2019.

/s/ Wayne D. Taylor
WAYNE D. TAYLOR
Georgia Bar No. 701275
*Admitted pro hac vice*
MICHELLE A. SHERMAN
Georgia Bar No. 835980
*Admitted pro hac vice*
MOZLEY, FINLAYSON & LOGGINS LLP
1050 Crown Pointe Parkway
Suite 1500
Atlanta, Georgia 30338
Tel: (404) 256-0700
Fax: (404) 250-9355
wtaylor@mfllaw.com
msherman@mfllaw.com

-and-

MARK D. HESS
Alabama Bar No. ASB-0008-E66M
HAND ARENDALL HARRISON SALE LLC
1801 5th Avenue North, Suite 400
Birmingham, Alabama 35203
Tel: (205) 324-4400
Fax: (205) 322-1163
mhess@handfirm.com
*Attorneys for Defendant*
*Chubb Custom Insurance Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

HAMAN, INC. d/b/a KNIGHTS INN, )
)
      Plaintiff, )
)
) Civil Action File No.
) 2:18-CV-01534-JHE
)
v. )
)
CHUBB CUSTOM INSURANCE )
COMPANY, )
)
      Defendant. )

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the **NOTICE OF DEPOSITION OF THOMAS J. IRMITER** was electronically mailed to the following counsel of record:

Gary V. Conchin
Kenneth B. Cole, Jr.
Franklin Taylor Rouse
Conchin, Cloud & Cole, LLC
2404 Commerce Court SW
Huntsville, Alabama 35801
gary@conchincloudcole.com
kenny@conchincloudcole.com

-and-

Gregory A. Brockwell
Jason R. Smith
Brockwell Smith LLC

2100 1st Avenue North, Suite 300
Birmingham, Alabama 35203
greg@brockwellsmith.com
jay@brockwellsmith.com

*Attorneys for Plaintiff Haman, Inc. d/b/a Knights Inc.*

This 3rd day of December, 2019.

/s/ Wayne D. Taylor
WAYNE D. TAYLOR
Georgia Bar No. 701275
*Admitted pro hac vice*