FILED
2020 Oct-08 PM 04:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 1



# Materials Science Chain of Custody

**EMSL Order Number** (Lab Use Only): **361502042**

PHONE:
FAX:

| Field | Value |
|---|---|
| Company | US Helm LLC |
| Street | 365 Canal St. Suite 2760 |
| City | New Orleans |
| State/Province | LA |
| Zip/Postal Code | 70130 |
| Country | |
| Report To (Name) | Tom Sumner |
| Fax # | |
| Telephone # | 504 561 6563 |
| Email Address | tsumner@ushelmllc.com |
| Project Name/Number | Knights Inn |
| Please Provide Results | ☐ Fax  ☑ Email |
| Purchase Order | 15150235 |
| U.S. State Samples Taken In | AL |

EMSL-Bill to: ☑ Same ☐ Different
If Bill to is Different note instructions in Comments**
Third Party Billing requires written authorization from third party

## Turnaround Time (TAT) Options – Please Check
☑ 2 Week  ☐ Expedited (Please call for information) TAT: ___

### Test Type

- ☐ Common Particle ID (large particles)
- ☐ Physical Testing (Tensile, Compression, etc.)
- ☐ MMVF's (fibrous glass, mineral wool, RCF's)
- ☐ Full Particle ID (environmental dust)
- ☐ FTIR/NIR (Polymers, Lubricants)
- ☐ Particle Size (Sieve, Microscopy, or Laser-select one)
- ☐ Basic Material ID (solids)
- ☐ X-Ray Fluorescence (elemental analysis)
- ☐ Combustible Dust Core Module, MIE, MEC, Kst, etc.)
- ☐ Advanced Material ID (liquids and solids, industrial residues)
- ☐ X-Ray Diffraction (Crystalline Particles)
- ☐ Petrographic Examination of Concrete, Soil, Stone

Combustion-by-products (soot, char, ash, carbon black)
☐ Level 1  ☐ Level 2  ☑ Level 3  ☑ Level 4

☐ Other (Please Explain):

All orders for clients who do not have established accounts with EMSL Analytical must be accompanied by payment in form of a check or credit card. After your first order, EMSL reserves the right to establish an account and assign credit terms of Net 30 or COD based on credit evaluation and or frequency of sample submittal. To establish a permanent account, you must be able to submit samples on a regular basis at a minimum of five times per year. EMSL reserves the right to make adjustments or changes to this policy as deemed necessary by business requirements.

Samplers Name: S. Trauth
Samplers Signature: [signature]

| Sample # | Sample Description | Volume | Date/Time Sampled |
|---|---|---|---|
| ① 164-W-1 | Inside conduit above ceiling tile S.W. Wall above bed | 10 x 10 | 10/23/15 |
| ② 164-W-2 | Interior wall above bed | | 10/23/15 |
| ③ 164-B-1 | Bulk sample of insulation ceiling | | 10/23/15 |
| ④ 167-W-3 | Inside door adjoining room | | 10/23/15 |
| ⑤ 176-B-2 | Interior wall sample from location sampled by FBS | | 10/23/15 |

Client Sample # (s): ___  Total # of Samples: 15
Relinquished (Client): [signature]  Date: 10/26/15  Time: 15:00
Received (Lab): [signature]  Date: 10/27/15  Time: 9:30a

Comments: FX - 7950 8214 0782   ⑮ x B

Page 1 of 2 pages

Controlled Document – Material Science COC – R4 – 9/16/2014



# Materials Science Chain of Custody

**EMSL Order Number** (Lab Use Only): 3615020042

PHONE:
FAX:

*Additional Pages of the Chain of Custody are only necessary if needed for additional sample information*

| | Sample # | Sample Description | Volume | Date/Time Sampled |
|---|---|---|---|---|
| 6 | 176-W-4 | Inside wall cavity after opening | 10x10 | 10/23/15 |
| 7 | 110-W-5 | Inside conduit N.E. Wall. | ↓ | ↓ |
| 8 | 110-B-3 | Piece of CMU N.E. Wall | ↓ | ↓ |
| 9 | 115-W-6 | Above ceiling tiles in bathroom | ↓ | ↓ |
| 10 | 120-B-4 | Bulk interior wall. | ↓ | ↓ |
| 11 | 216-B-5 | Bulk inside wall space (FBS sample) | ↓ | ↓ |
| 12 | 210-W-7 | Above ceiling tiles above vanity | ↓ | ↓ |
| 13 | 277-W-8 | back of interior wall below FBS sample | ↓ | ↓ |
| 14 | 267-W-9 | Inside open wall cavity above bath | ↓ | ↓ |
| 15 | 262-W-10 | Interior wall. BACK SIDE OF DRYWALL | ↓ | ↓ |

RECEIVED EMSL CINNAMINSON, N.J. 2015 OCT 27 A 10: 37

**Comments/Special Instructions:**

Page 2 of 2 pages