FILED
2020 Oct-08 PM 04:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 2



## EMSL Analytical, Inc.

EMSL Analytical, Inc. Federal Tax ID 22-2357101
200 Route 130 North, Cinnaminson, NJ 08077
(800) 220-3675

| INVOICE NO. | PAGE |
|---|---|
| 36033310 | 1 of 1 |
| INVOICE DATE | |
| 11/13/2015 | |

**BILL TO**
US HELM, LLC
Attn: Elizabeth Lotz
365 Canal Street Suite 2760
New Orleans, LA   70130

**REPORT TO**
US HELM, LLC
Attn: Tom Sumner
365 Canal Street Suite 2760
New Orleans, LA   70130

| SLSM. | SHIP VIA | | TERMS | | BILLING FREQUENCY | | CUST. NO. |
|---|---|---|---|---|---|---|---|
| gegiazarov | Fed Ex | | Net 30 | | With Report | | USRI72 |
| DATE | ORDER NO. | QTY | TEST CODE | TEST DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
| 10/27/2015 | 361502042<br>P.O: 15150235 | 15 | MS034 Combustion By-Products Level 4 | Combustion By-Products Level 4 2 Week<br>Project: Knights Inn | EA | 368.00 | 5520.00 |
| | | | | | | SUB TOTAL | 5520.00 |
| | | | | | | INVOICE TOTAL | $5,520.00 |

Please review your invoice promptly. We will gladly correct any errors within 30 days of the invoice date. After that, we deem the invoice to be correct and reserve the right not to issue credits, in whole or part. A 1.5% finance charge will be added to invoices over 30 days.

Billing Inquiries - please call 1-800-220-3675

---

Please detach and return with payment

| 11/13/2015 | CUST # | USRI72 | INV # | 36033310 | | | $5,520.00 |
|---|---|---|---|---|---|---|---|
| | | | DEPT: | 36 | | | |

**Please Remit to:**
EMSL ANALYTICAL, INC.
200 Route 130 North
Cinnaminson, NJ  08077

Billing Inquiries - please call 1-800-220-3675                Payment in US Funds Only.

INV7.31.0