# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA,
## SOUTHERN DIVISION

| | |
|---|---|
| **HAMAN, INC.,** | ) |
| **Plaintiff,** | )    No. 2:18-CV-01534-KOB |
| **v.** | ) |
| **CHUBB CUSTOM INSURANCE COMPANY, et. al.,** | ) ) |
| **Defendant.** | ) |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Megan L. Phillips, pursuant to Local Rule 83.1(e), and respectfully moves to withdraw as co-counsel for the plaintiff, Haman, Inc., in this matter. In support thereof, Ms. Phillips shows as follows:

1. The plaintiff is represented by Gary V. Conchin and Kenneth B. Cole, Jr. of the law firm Conchin, Cole and Jordan.

2. Ms. Phillips is relocating and will no longer be working at Conchin, Cole and Jordan after November 30, 2020. Therefore, she wishes to withdraw from representing the plaintiff.

3. The plaintiff will continue to be represented by Mr. Conchin and Mr. Cole. As such, the withdrawal of Ms. Phillips will have no material adverse effect upon the plaintiff's interests and will not delay the disposition of this case in any manner.

1

WHEREFORE, Megan L. Phillips respectfully requests that this Court enter an Order allowing her to withdraw from representing the plaintiff in this action.

Respectfully submitted this the 13th day of November, 2020.

/s/ Megan L. Phillips_____
Megan L. Phillips
ASB-8352-I21H
Conchin, Cole and Jordan
2404 Commerce Ct SW
Huntsville, AL 35801
256-705-7777 (Phone)
256-705-7778 (Fax)
megan@alainjurylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2020, the foregoing document was filed electronically through the Court's ECF system on the date shown in the document's ECF stamp. Notice of this filing will be sent by operation of the Court's electronic filing system ECF system to all parties as indicated on the electronic filing receipt. Parties may access this filing through the Court's ECF system.

/s/ Megan L. Phillips_____
Megan L. Phillips
ASB-8352-I21H