FILED
2021 Feb-04  PM 01:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HAMAN, INC. d/b/a KNIGHTS INN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action File No. |
| | ) <u>2:18-cv-1534-KOB</u> |
| | ) |
| v. | ) |
| | ) |
| CHUBB CUSTOM INSURANCE | ) |
| COMPANY, | ) |
| Defendant. | ) |

## **<u>ORDER</u>**

The above-entitled action is presently before the Court pursuant to the filing of defendant Chubb Custom Insurance Company's Consent Motion for Continuance from the Court's February 9, 2021 motions hearing and to appear via remote means, to which plaintiff Haman, Inc. d/b/a Knights Inn consents.

Upon due consideration and for good cause shown, the parties' motion is **GRANTED**, and the Court hereby **ORDERS** the following:

1) that the above-styled action be continued from the Court's motions hearing scheduled to take place on February 9, 2021; and

2) that the parties' counsel may appear at any hearing on the parties' motions to exclude expert testimony [Docs. 91, 92, 93, 94, 95, 98, 100] and

plaintiffs' motions to strike evidentiary material [Docs. 113, 114, 128] via remote means.

**SO ORDERED** this \_\_\_\_\_ day of February, 2021.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE