# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **HAMAN, INC.,** ] | |
| ] | |
| **Plaintiff,** ] | |
| ] | |
| v. ] | **CIVIL ACTION NO.** |
| ] | **2:18-CV-01534-KOB** |
| **CHUBB CUSTOM INSURANCE** ] | |
| **COMPANY,** ] | |
| ] | |
| **Defendant.** ] | |

## **ORDER**

This matter comes before the court on the parties' "Consent Motion for Continuance from the Court's February 9, 2021 Motions Hearing and to Appear Via Remote Means." (Doc. 145). The parties request that the court continue the February 9, 2021 motions hearing because of attorney unavailability and request that counsel be allowed to participate in any future evidentiary hearing remotely because of the COVID-19 pandemic.

Upon due consideration and for good cause shown, the court GRANTS the motion and continues the motions hearing set for February 9, 2021, to be reset by separate order. At the future motions hearing, the parties may appear remotely via Zoom.

**DONE** and **ORDERED** this 5th day of February, 2021.

_/s/ Karon O. Bowdre_
**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE

1