FILED
2021 Jun-21  PM 03:28
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| HAMAN, INC. d/b/a KNIGHTS INN, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No. |
| | ) | <u>2:18-cv-1534-KOB</u> |
| v. | ) | |
| | ) | |
| CHUBB CUSTOM INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

---

## PLAINTIFF'S WITNESS LIST

---

Comes Now the Plaintiff in the above styled cause and files its Witness List as follows:

### <u>PRIMARY WITNESSES</u>

1) Rahim Visram

2) Zarin Visram

3) Chuck Howarth

4) Arthur Grandinetti

5) Thomas Irmiter

6) Sarah Grandinetti

7) Sheila Allen (video) – See Exhibit E for designated deposition pages.

8)    Michael E. Brannon, Battalion Chief
Bessemer Fire Department
205-428-5151 Ext. 5283

9) Wade Bushman (by video deposition) – See Exhibit A for designated deposition pages.

10) Brent Perich (by deposition) – See Exhibit B for designated deposition pages.

11) Steve Lehman (by deposition) – See Exhibit C for designated deposition pages.

12) Randy Wilburn (by deposition) – See Exhibit D for designated deposition pages.

## OPTIONAL WITNESSES

12) Wasif Bakhuri

13) MA Kapadia (rebuttal).

Respectfully submitted this the 21st day of June, 2021.

/s/ Gary V. Conchin
Gary V. Conchin (ASB-1263-C56G)
Attorney(s) for the Plaintiff
CONCHIN, COLE and JORDAN
2404 Commerce Ct SW
Huntsville, AL 35801
(256)705-7777 (Phone)
(256)705-7778 (Fax)
gary@alainjurylaw.com

Gregory Brockwell, Esq.
Jason R. Smith, Esq.
2100 1st Ave. N., Ste. 300
Birmingham, AL 35203
greg@brockwellsmith.com
jay@brockwellsmith.com

## CERTIFICATE OF SERVICE

I certify that I have on the 21st day of June, 2021 served a true and correct copy of the foregoing to counsel for all parties in this matter via electronic mail using the federal online filing system for this District.

Michelle A. Sherman, Esq.
Wayne D. Taylor, Esq.
MOZLEY, FINLAYSON
and LOGGINS, LLP
1050 Crown Pointe Pkwy., Ste. 1500
Atlanta, GA 30338
msherman@mfllaw.com
wtaylor@mflaw.com

Mark Hess, Esq.
HAND, ARENDALL
2001 Park Place, N. Ste. 1200
Birmingham, AL 35203
mhess@handarendall.com

David A. Lee, Esq.
PARSONS, LEE & JULIANO, P.C.
600 Vestavia Parkway, Ste. 300
Birmingham, Alabama 35216
dlee@pljpc.com

*/s/ Gary V. Conchin*
Gary V. Conchin (ASB-1263-C56G)

# EXHIBIT A

## LINES AND PAGES TO BE USED DEPOSITION
## OF WITNESS WADE BUSHMAN

| PAGE # | LINES |
|--------|-------|
| 1 | Show identity of witness |
| 6 | 25 |
| 7 | 1-5, 15-25 |
| 8 | 1-8 |
| 11 | 3-25 |
| 12 | 1-2 |
| 13 | 1-22 |
| 14 | 10-14 |
| 16 | 14-22 |
| 22 | 16-25 |
| 23 | 1-4 |
| 24 | 12-24 |
| 33 | 24, 25 |
| 34 | 1-8 |
| 35 | 9-13 |
| 37 | 18-20, 24, 25 |
| 38 | 1, 2, 5-23 |
| 47 | 19-25 |

1

| PAGE # | LINES |
|--------|-------|
| 48 | 1-19 |
| 53 | 2-25 |
| 54 | 1-17 |
| 68 | 6-22 |
| 69 | 9-25 |
| 70 | 1-14 |
| 73 | 9-25 |
| 74 | 1-4, 13-20, 24, 25 |
| 75 | 1-5 |
| 76 | 11-17 |
| 77 | 19-25 |
| 78 | 1-4 |
| 79 | 3-10, 19-25 |
| 80 | 1-10 |
| 90 | 8-13 |
| 92 | 2-19 |
| 93 | 5-10 |
| 97 | 4-22 |

| | |
|---|---|
| 100 | 10-22 |
| 102 | 20-25 |
| 103 | 1-10 |
| 110 | 7-20 |
| 113 | 5-25 |
| 114 | 1-3, 13-21 |
| 121 | 4-6 |
| 123 | 1-5 |
| 125 | 18-23 |
| 126 | 1-12, 25 |
| 127 | 1-4, 19-25 |
| 128 | 1-22 |
| 133 | 11-22 |
| 134 | 21-24 |
| 142 | 7-17, 20-24 |
| 143 | 18-25 |
| 144 | 1 |
| 151 | 19-25 |
| 152 | 1-7 |

# EXHIBIT B

## LINES AND PAGES TO BE USED DEPOSITION
## OF WITNESS BRENT DAVID PERICH

| PAGE # | LINES |
|--------|-------|
| 1 | Show identity of witness |
| 7 | 8-25 |
| 8 | 1, 11-15 |
| 9 | 17-25 |
| 10 | 1-13 |
| 11 | 18-25 |
| 12 | 1-13, 25 |
| 13 | 1-2, 24-25 |
| 14 | 1-25 |
| 16 | 16-18 |
| 17 | 25 |
| 18 | 1-3 |
| 19 | 11-25 |
| 20 | 17-21 |
| 21 | 1-6 |
| 22 | 4-15 |
| 24 | 1-9, 13-16 |
| 25 | 4-9 |

1

| **PAGE #** | **LINES** |
|---|---|
| 26 | 5-9, 18-25 |
| 27 | 1-11, 25 |
| 28 | 1-25 |
| 29 | 1-21 |
| 36 | 5-9, 22-25 |
| 37 | 1-13 |
| 38 | 15-20 |
| 39 | 9-22 |
| 40 | 23-25 |
| 41 | 1-12 |
| 44 | 1-7 |
| 45 | 1-23 |
| 46 | 24-25 |
| 47 | 1-14 |
| 50 | 18-22 |
| 53 | 13-25 |
| 54 | 8-25 |
| 55 | 20-25 |

| | |
|---|---|
| 56 | 1-2, 17-20 |
| 57 | 1-23 |
| 60 | 13-16 |
| 61 | 1-3, 12-18 |
| 63 | 8-11 |
| 64 | 15-20 |
| 65 | 19-25 |
| 66 | 1-24 |
| 68 | 14-25 |
| 69 | 1-25 |
| 70 | 1-18 |
| 71 | 2-25 |
| 72 | 1-25 |
| 73 | 1-25 |
| 75 | 11-22, 19-22 |
| 77 | 4-23 |
| 78 | 17-25 |
| 79 | 1-10 |
| 81 | 2-17 |
| 83 | 5-14 |

| | |
|---|---|
| 95 | 24-25 |
| 96 | 1-25 |
| 97 | 1-2, 16-20 |
| 99 | 4-25 |
| 100 | 1-11 |
| 106 | 25 |
| 107 | 1-25 |
| 108 | 1-3 |
| 109 | 22-25 |
| 110 | 1-9 |
| 111 | 23-25 |
| 112 | 1-11 |
| 114 | 20-25 |
| 115 | 1-12 |
| 121 | 7-25 |
| 122 | 1-11 |
| 124 | 23-25 |
| 125 | 1-22 |
| 126 | 3-8, 20-25 |
| 127 | 1-3 |

| | |
|---|---|
| 128 | 8-12 |
| 129 | 10-25 |
| 140 | 5-19 |
| 142 | 21-25 |
| 143 | 3-6 |
| 144 | 3-24 |
| 145 | 2-15 |
| 147 | 12-20 |
| 149 | 15-25 |
| 150 | 1-8 |
| 154 | 22-25 |
| 155 | 2-19 |
| 156 | 6-13, 18-25 |
| 159 | 19-22, 25 |
| 160 | 1-21 |
| 187 | 8-25 |
| 188 | 1-7, 22-25 |
| 189 | 1-15 |

# EXHIBIT C

## LINES AND PAGES TO BE USED DEPOSITION
## OF WITNESS STEVE LEHMAN – February 18, 2020

| PAGE # | LINES |
|---|---|
| 6 | Show identity of witness |
| 9 | 5-8, 13-24 |
| 10 | 21-25 |
| 11 | 22-25 |
| 12 | 1-5, 15-25 |
| 13 | 1-23 |
| 14 | 7-10 |
| 15 | 2-9, 18-21 |
| 16 | 7-25 |
| 17 | 1-22 |
| 19 | 1-24 |
| 20 | 17-25 |
| 21 | 1-4, 17-25 |
| 22 | 1, 6-12, 16-23 |
| 25 | 10-15, 24-25 |
| 26 | 1-13. 15-16 |
| 29 | 5-11 |
| 30 | 3-5, 23-25 |

1

| <u>PAGE #</u> | <u>LINES</u> |
|---|---|
| 31 | 1-4 |
| 33 | 13-23 |
| 37 | 9-22 |
| 43 | 8-11, 23-25 |
| 44 | 21-23 |
| 45 | 8-11, 23-25 |
| 46 | 6-18 |
| 47 | 22-25 |
| 48 | 1-18 |
| 50 | 1-4, 10-13 |
| 51 | 9-25 |
| 52 | 5-6, 18-25 |
| 53 | 1-11 |
| 54 | 17-22 |
| 55 | 24-25 |
| 56 | 1-25 |
| 57 | 1-20 |
| 58 | 21-24 |

| **PAGE #** | **LINES** |
|---|---|
| 59 | 11-16 |
| 60 | 1-4, 11-25 |
| 61 | 1-17 |
| 63 | 24-25 |
| 64 | 1-10 |
| 72 | 7-25 |
| 73 | 1-7 |
| 75 | 24-25 |
| 76 | 1-6, 13 |
| 82 | 10-22 |
| 87 | 13-24 |
| 93 | 21-25 |
| 94 | 1-12 |
| 99 | 21-22 |
| 100 | 1-25 |
| 101 | 1-10 |
| 102 | 15-17 |
| 103 | 1-24 |

| <u>PAGE #</u> | <u>LINES</u> |
|---------------|--------------|
| 104 | 8-25 |
| 105 | 1-25 |
| 106 | 1-18 |
| 107 | 1-10 |
| 108 | 17-22 |
| 109 | 5-25 |
| 110 | 1-25 |
| 111 | 1-17, 20-25 |
| 112 | 1-3, 10-25 |
| 113 | 1-6, 25 |
| 114 | 1-24 |
| 115 | 1-12, 22-25 |
| 116 | 13-25 |
| 117 | 1-13 |
| 118 | 16-25 |
| 123 | 6-25 |
| 124 | 1-25 |
| 125 | 1-13 |
| 128 | 15-25 |

| PAGE # | LINES |
|--------|-------|
| 129 | 1-25 |
| 131 | 1-8, 12-25 |
| 132 | 1-25 |
| 133 | 1-25 |
| 134 | 1-11, 16-25 |
| 135 | 1-25 |
| 137 | 1-8 |
| 138 | 1-10 |
| 141 | 13-25 |
| 165 | 23-25 |
| 166 | 1-25 |
| 167 | 1-15 |
| 168 | 3-14 |
| 171 | 13-17 |
| 172 | 7-23 |
| 175 | 25 |
| 176 | 1-12 |
| 178 | 7-13 |

# EXHIBIT D

## LINES AND PAGES TO BE USED DEPOSITION
## OF WITNESS RANDY WILBURN – December 19, 2019

| PAGE # | LINES |
|--------|-------|
| 1 | Show identity of witness |
| 60 | 18-25 |
| 61 | 1-25 |
| 62 | 1-25 |
| 63 | 1-22 |
| 70 | 19-25 |
| 71 | 1-25 |
| 72 | 1-4, 9-18 |

# EXHIBIT  E

## LINES AND PAGES TO BE USED DEPOSITION
## OF WITNESS SHEILA ALLEN

| PAGE # | LINES |
|--------|-------|
| 1-2 | Show identity of witness |
| 6 | 23-25 |
| 7 | 1-25 |
| 8 | 1-4, 18-25 |
| 9 | 1-25 |
| 10 | 1-25 |
| 11 | 1-6 |
| 14 | 19-25 |
| 15 | 1-25 |
| 16 | 1-25 |
| 17 | 1-25 |
| 18 | 1-9, 18-25 |
| 19 | 1-3, 17-25 |
| 20 | 1-25 |
| 21 | 1-25 |
| 22 | 1-25 |
| 23 | 1-25 |
| 24 | 1-25 |

| **PAGE #** | **LINES** |
|------------|-----------|
| 25 | 1-25 |
| 26 | 1-25 |
| 27 | 1-25 |
| 28 | 1-25 |
| 29 | 1-25 |
| 30 | 1-25 |
| 31 | 1-25 |
| 32 | 1-25 |
| 33 | 1-25 |
| 34 | 1-25 |
| 35 | 1-25 |
| 36 | 1-25 |
| 37 | 1-25 |
| 38 | 1-25 |
| 39 | 1-25 |
| 40 | 1-25 |
| 41 | 1-25 |
| 42 | 20-25 |
| 43 | 1-25 |

| **PAGE #** | **LINES** |
|---|---|
| 44 | 1-11, 23-25 |
| 45 | 1-25 |
| 46 | 1-25 |
| 47 | 1-25 |
| 48 | 1-3, 14-25 |
| 49 | 1-25 |
| 50 | 1-14 |
| 51 | 1-25 |
| 52 | 1-17 |
| 53 | 15-25 |
| 54 | 1-25 |
| 55 | 1-18 |
| 56 | 14-25 |
| 57 | 1-25 |
| 58 | 2-25 |
| 59 | 1-25 |
| 60 | 1-25 |
| 61 | 1-20 |
| 62 | 6-25 |

| PAGE # | LINES |
|--------|-------|
| 63 | 1-25 |
| 64 | 1-25 |
| 65 | 1-25 |
| 66 | 1-25 |
| 67 | 1-25 |
| 68 | 1-8, 18-25 |
| 69 | 1-25 |
| 70 | 1-25 |
| 71 | 1-24 |
| 73 | 23-25 |
| 74 | 1-25 |
| 75 | 1-25 |
| 76 | 1-10, 16-25 |
| 77 | 1-25 |
| 78 | 1-4, 10-25 |
| 79 | 1-25 |
| 80 | 1-25 |
| 81 | 1-25 |
| 82 | 1-25 |

| **PAGE #** | **LINES** |
|------------|-----------|
| 83 | 1-25 |
| 84 | 1-25 |
| 85 | 1-22 |
| 87 | 17-25 |
| 89 | 21-25 |
| 90 | 1-5, 16-21 |
| 91 | 19-25 |
| 92 | 1-11 |
| 93 | 3-23 |
| 94 | 24-25 |
| 95 | 1-25 |
| 96 | 1-25 |
| 97 | 1-25 |
| 98 | 1-17 |
| 99 | 11-25 |
| 100 | 1-14 |
| 105 | 13- 25 |
| 106 | 1-25 |
| 107 | 1-25 |

| PAGE # | LINES |
|--------|-------|
| 108 | 1-25 |
| 109 | 1-6 |
| 110 | 22-25 |
| 111 | 1-25 |
| 112 | 1-7 |
| 113 | 1-23 |
| 114 | 13-18 |
| 115 | 12-25 |
| 116 | 2-19 |
| 117 | 4-25 |
| 118 | 1-6 |
| 119 | 7-19 |
| 127 | 3-21 |
| 128 | 3-25 |
| 129 | 1-25 |
| 130 | 1-13, 21-25 |
| 131 | 1, 20-25 |
| 132 | 1-14 |
| 134 | 5-10 |

| **PAGE #** | **LINES** |
|---|---|
| 135 | 12-23 |
| 136 | 8-24 |
| 137 | 11-25 |
| 138 | 1-25 |
| 139 | 1-6 |
| 140 | 1-15 |
| 141 | 3-18 |
| 142 | 17-23 |
| 145 | 23-25 |
| 146 | 3-8 |
| 147 | 1-25 |
| 148 | 1-9, 24-25 |
| 149 | 1-12 |
| 151 | 10-15 |
| 154 | 10-25 |
| 155 | 1-2, 9-10, 14-15 |
| 156 | 10-25 |
| 157 | 1-25 |
| 158 | 1-25 |

**PAGE #**          **LINES**

159          1-4

166          21-25

167          1-13, 16-25

168          10-22

169          16-25

170          1-2

173          4-14

177          17