IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HAMAN, INC. d/b/a KNIGHTS INN,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) Civil Action File No. | |
| ) <u>2:18-cv-1534-KOB</u> | |
| v.  ) | |
| ) | |
| CHUBB CUSTOM INSURANCE  ) | |
| COMPANY,  ) | |
| Defendant.  ) | |

## PLAINTIFF'S EXPERT WITNESS LIST

Comes Now the Plaintiff in the above styled cause and files its Expert Witness List as follows:

1. Chuck Howarth of The Howarth Group, 137 Third Avenue, North, Franklin, Tennessee 37064 (615) 406-0834.

2. Arthur Grandinetti, Grandinetti Consulting, LLC, 1250 State Roue 387, Marion, Kentucky 42064. (239) 322-0936

3. Sarah Grandinetti, Grandinetti Consulting, LLC, 1250 State Roue 387, Marion, Kentucky 42064. (239) 322-0936

4. Thomas E. Irmiter, Forensic Building Science, Inc., 2168 Juliet Avenue, St. Paul, MN 55105. Direct: 651-703-3066  Main: 651-222-6509

Respectfully submitted this the 21st day of June, 2021.

<table>
<tr><td>

Gregory Brockwell, Esq.
Jason R. Smith, Esq.
2100 1st Ave. N., Ste. 300
Birmingham, AL 35203
greg@brockwellsmith.com
jay@brockwellsmith.com

</td><td>

Respectfully submitted,

*/s/ Gary V. Conchin*_____
Gary V. Conchin (ASB-1263-C56G)
Attorney(s) for the Plaintiff
CONCHIN, COLE and JORDAN
2404 Commerce Ct SW
Huntsville, AL 35801
(256)705-7777 (Phone)
(256)705-7778 (Fax)
gary@alainjurylaw.com

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I certify that I have on the 21st day of June, 2021 served a true and correct copy of the foregoing to counsel for all parties in this matter via electronic mail using the federal online filing system for this District.

<table>
<tr><td>

Michelle A. Sherman, Esq.
Wayne D. Taylor, Esq.
MOZLEY, FINLAYSON
and LOGGINS, LLP
1050 Crown Pointe Pkwy., Ste. 1500
Atlanta, GA 30338
msherman@mfllaw.com
wtaylor@mflaw.com

David A. Lee, Esq.
PARSONS, LEE & JULIANO, P.C.
600 Vestavia Parkway, Ste. 300
Birmingham, Alabama 35216
dlee@pljpc.com

</td><td>

Mark Hess, Esq.
HAND, ARENDALL
2001 Park Place, N. Ste. 1200
Birmingham, AL 35203
mhess@handarendall.com

</td></tr>
</table>

*/s/ Gary V. Conchin*_____
Gary V. Conchin (ASB-1263-C56G)