FILED
2021 Jun-21 PM 04:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HAMAN, INC. d/b/a KNIGHTS INN,<br><br>        Plaintiff,<br><br>v.<br><br>CHUBB CUSTOM INSURANCE COMPANY,<br><br>        Defendant. | )<br>)<br>)<br>)  Civil Action File No.<br>)  2:18-cv-1534-KOB<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT CHUBB CUSTOM INSURANCE COMPANY'S LIST OF EXPERT WITNESSES TO BE CALLED AT TRIAL

Defendant Chubb Custom Insurance Company, by and through its counsel, and pursuant to the Court's Pretrial Order [Doc. 166], identifies the following expert witnesses that it may call at the trial of this matter:

**PRIMARY EXPERT WITNESSES:**

1. Wade Bushman, FSRT, WRT
   Chief Executive Officer
   YOUNG & Associates

   Work and Home Address:
   3517 Woodmont Boulevard
   Nashville, Tennessee 37215

2. Ned Fortenberry, P.E.
   Engineering Design & Testing Corp.
   2748 Alton Road, Suite 100

Birmingham, Alabama 35210

3. <u>Tom Sumner, CIH, CSP, CHMM</u>
Vice President
J.S. Held

Work Address:
J.S. Held
365 Canal Street, Suite 2760
New Orleans, Louisiana 70130

Home Address:
56 Juniper Court
Mandeville, Louisiana 70471

**<u>OPTIONAL EXPERT WITNESSES:</u>**

1. <u>Stephen Trauth</u>
Senior Building Consultant
Sedgwick Inc.
4051 Veterans Memorial Blvd, Suite 400
Metairie, Louisiana 70002

2. <u>Steve Lehman, WRT, FSRT</u>
Senior Regional Consultant
YOUNG & Associates
2870 Peachtree Road, #430
Atlanta, Georgia 30305

3. <u>Kurt D. Mulder, P.E.</u>
Engineering Design & Testing Corp.

Work Address:
2748 Alton Road
Birmingham, Alabama 35210

Home Address:
5004 Somerset Way
Birmingham, Alabama 35242

Respectfully submitted this 21st day of June, 2021.

/s/ *Wayne D. Taylor*
WAYNE D. TAYLOR
Georgia Bar No. 701275
*Admitted pro hac vice*
MICHELLE A. SHERMAN
Georgia Bar No. 835980
*Admitted pro hac vice*

MOZLEY, FINLAYSON & LOGGINS LLP
1050 Crown Pointe Parkway, Suite 1500
Atlanta, Georgia 30338
Tel: (404) 256-0700
Fax: (404) 250-9355
wtaylor@mfllaw.com
msherman@mfllaw.com

-and-

MARK D. HESS
Alabama Bar No. ASB-0008-E66M
HAND ARENDALL HARRISON SALE LLC
1801 5th Avenue North, Suite 400
Birmingham, Alabama 35203
Tel: (205) 324-4400
Fax: (205) 322-1163
mhess@handfirm.com

-and-

DAVID A. LEE
Alabama Bar No. ASB-3165-E47D
PARSONS, LEE & JULIANO,

3

P.C.
600 Vestavia Parkway, Suite 300
Birmingham, AL 35216
Tel: 205-326-6600
Fax: 205-324-7097
dlee@pljpc.com

*Attorneys for Defendant Chubb Custom Insurance Company*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 21st day of June, 2021 I electronically filed the foregoing **DEFENDANT CHUBB CUSTOM INSURANCE COMPANY'S LIST OF EXPERT WITNESSES TO BE CALLED AT TRIAL** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: <u>Gary V. Conchin, Kenneth B. Cole, Jr., Gregory A. Brockwell, and Jason R. Smith</u>, and I certify that I have e-mailed and mailed by United States Postal Service the document to the following non-CM/ECF participants:

      N/A

                                                     */s/ Wayne D. Taylor*
                                                     WAYNE D. TAYLOR
                                                     Georgia Bar No. 701275
                                                     *Admitted pro hac vice*