FILED
2021 Jun-21 PM 05:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HAMAN, INC. d/b/a KNIGHTS INN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action File No. |
| | ) <u>2:18-cv-1534-KOB</u> |
| v. | ) |
| | ) |
| CHUBB CUSTOM INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

# PLAINTIFF'S EXHIBIT LIST

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | *Haman, Inc. v. Chubb Custom Ins.*<br>2:18-CV-01534-KOB   Trial Date: 7/19/2021<br><br>PLAINTIFF – Gary V. Conchin, Kennth B. Cole, Jr.<br>         Gregory Brockwell, Jason Smith<br><br>DEFENDANT – Wayne Taylor, Michelle Sherman<br>         David Lee, Mark Hess<br><br>COURT – Honorable Karon Owen Bowdre<br><br>**EXHIBIT LIST OF PLAINTIFF** |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 1 | | | | | | | | | 6/12/95 - Warranty Deed to Haman, Inc. |
| | 2 | | | | | | | | | Color picture before fire (all three buildings) (1 page) |
| | 3<br>3A | | | | | | | | | 2 aerial photographs showing building and lot dimensions |
| | 4 | | | | | | | | | Diagram of all three (3) buildings and rooms |
| | 5 | | | | | | | | | Pre-Fire Ballroom pictures (3 photos) |
| | 6 | | | | | | | | | WKFC Underwriting Manager's Inspection form |
| | 7 | | | | | | | | | Post-fire pictures (8 photos) |
| | 8 | | | | | | | | | Photo of fire scene (1 picture) |
| | 9<br>9A | | | | | | | | | Chubb Custom Insurance Company Commercial Policy |
| | | | | | | | | | | Appraisal Provision  p. 9 policy |
| | 10 | | | | | | | | | 4/15/14 - Perich – pictures |

| N O T   O F F E R E D | N U M B E R | I D E N T I F I E D | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | R E C D.   C O N D.   OR   L T D. | R E C E I V E D | *Haman, Inc. v. Chubb Custom Ins.*<br>**2:18-CV-01534-KOB**  Trial Date: 7/19/2021<br><br>PLAINTIFF – Gary V. Conchin, Kennth B. Cole, Jr.<br>         Gregory Brockwell, Jason Smith<br><br>DEFENDANT – Wayne Taylor, Michelle Sherman<br>         David Lee, Mark Hess<br><br>COURT – Honorable Karon Owen Bowdre<br><br>**EXHIBIT LIST OF PLAINTIFF** |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 11 | | | | | | | | | 4/15/14 - Lehman 20 pictures |
| | 12 | | | | | | | | | 5/12/14 - Perich - Bushman pictures (pages 500-543) |
| | 13 | | | | | | | | | 9/26/14 - Perich - Bushman pictures (pages 544-580) |
| | 14 | | | | | | | | | All pictures THG of the premises after the fire – (THG PX Bates 1-2264) |
| | 15 | | | | | | | | | Reduced summary of THG fire pictures (THG PX 1-81) |
| | 16 | | | | | | | | | Composite of current condition pictures |
| | 17 | | | | | | | | | Current premises photos |
| | 17A | | | | | | | | | Video of premises condition - Billy Hunt |
| | 18 | | | | | | | | | 5/13/ 14 - Email Perich |
| | 19 | | | | | | | | | 5/14/14 - E-mail Perich to Horne (Belfor) |
| | 20 | | | | | | | | | 5/14/14 – 6/6/14 – Perich correspondence |

3

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | *Haman, Inc. v. Chubb Custom Ins.*<br>*2:18-CV-01534-KOB   Trial Date: 7/19/2021*<br><br>PLAINTIFF – Gary V. Conchin, Kennth B. Cole, Jr.<br>       Gregory Brockwell, Jason Smith<br><br>DEFENDANT – Wayne Taylor, Michelle Sherman<br>       David Lee, Mark Hess<br><br>COURT – Honorable Karon Owen Bowdre<br><br>**EXHIBIT LIST OF PLAINTIFF** |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 21 | | | | | | | | | 5/13/14 - EDT Fortenberry - File Opening Form |
| | 22 | | | | | | | | | 5/30/14 - EDT Fortenberry - Report (11 pages) |
| | 23 | | | | | | | | | 5/30/14 - Evans Garment Restoration Invoice |
| | 24 | | | | | | | | | 9/8/14 – Chubb's Burrell email |
| | 25 | | | | | | | | | 9/22/14 - Perich letter to Visram |
| | 26 | | | | | | | | | Undated York Services Hilliard to Jeremy Elliott |
| | 27 | | | | | | | | | 9/22/14 – Letter Perich to Visram |
| | 28 | | | | | | | | | 9/22/14 - Letter Perich to Visram |
| | 29 | | | | | | | | | 10/1/14 -Email Perich to Elliott |
| | 30 | | | | | | | | | SEA Report "Haman Smoke Damage Comparisons (5 pages) |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | *Haman, Inc. v. Chubb Custom Ins.*<br>*2:18-CV-01534-KOB   Trial Date: 7/19/2021*<br><br>PLAINTIFF – Gary V. Conchin, Kennth B. Cole, Jr.<br>         Gregory Brockwell, Jason Smith<br><br>DEFENDANT – Wayne Taylor, Michelle Sherman<br>         David Lee, Mark Hess<br><br>COURT – Honorable Karon Owen Bowdre<br><br>**EXHIBIT LIST OF PLAINTIFF** |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 31 | | | | | | | | | 10/14/14 – Jeremy Elliot to Hilliard re: Zarin |
| | 32 | | | | | | | | | 12/23/14 and 12/29/14 -Perich to Zarin |
| | 33 | | | | | | | | | 12/29/14 - Email Perich to Visram |
| | 34 | | | | | | | | | 1/29/15 – Howarth (THG Client Information Sheett) |
| | 34A | | | | | | | | | Redacted THG Appraisal Agreement |
| | 35 | | | | | | | | | 1/29/15 – Complete Appraisal Employment Agreement THG |
| | 36 | | | | | | | | | 2/11/15 - THG Report – (Fire loss 3/22/14) |
| | 36A | | | | | | | | | THG Recap by Category – fire |
| | 36B | | | | | | | | | Haman Structure Proof of Loss |
| | 36C | | | | | | | | | 6/2/21 – THG Updated Report (Fire loss 3/22/12 |
| | 36D | | | | | | | | | 6/2/21 – THG Recapy by Category- Fire |
| | 37 | | | | | | | | | 2/9/15 - Zarin to Perich |
| | 38 | | | | | | | | | 2/23/15 - Visram letter to Perich |
| | 39 | | | | | | | | | 02/25/2015 Letter from Howarth to Perich |
| | 40 | | | | | | | | | Howarth - Curriculum Vitae |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | *Haman, Inc. v. Chubb Custom Ins.*<br>*2:18-CV-01534-KOB   Trial Date: 7/19/2021*<br><br>PLAINTIFF – Gary V. Conchin, Kennth B. Cole, Jr.<br>              Gregory Brockwell, Jason Smith<br><br>DEFENDANT – Wayne Taylor, Michelle Sherman<br>              David Lee, Mark Hess<br><br>COURT – Honorable Karon Owen Bowdre<br><br>**EXHIBIT LIST OF PLAINTIFF** |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 41 | | | | | | | | | 3/23/15 – Email from Perich to John/Jeremy |
| | 42 | | | | | | | | | 3/23/15 – Email from Howarth to Perich |
| | 43 | | | | | | | | | 3/24/15 – Letter from Perich to Howarth |
| | 44 | | | | | | | | | 3/25/15 Email from Howarth to Perich |
| | 45 | | | | | | | | | 04/16/15 Email from Perich to Howarth |
| | 46 | | | | | | | | | 4/16/15 -Email Perich to Bushman |
| | 47 | | | | | | | | | 04/17/15 -Email Howarth to Perich |
| | 48 | | | | | | | | | 04/17/15 Email from Perich to Howarth |
| | 49 | | | | | | | | | Ala. Ins. Appraisal |
| | 50 | | | | | | | | | 4/17/2015 - YA Admin (Young) to Bushman, Lehman |

6

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | *Haman, Inc. v. Chubb Custom Ins.*<br>2:18-CV-01534-KOB   Trial Date: 7/19/2021<br><br>PLAINTIFF – Gary V. Conchin, Kennth B. Cole, Jr.<br>   Gregory Brockwell, Jason Smith<br><br>DEFENDANT – Wayne Taylor, Michelle Sherman<br>   David Lee, Mark Hess<br><br>COURT – Honorable Karon Owen Bowdre<br><br>**EXHIBIT LIST OF PLAINTIFF** |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 51 | | | | | | | | | 4/16/15 – Perich to Bushman |
| | 51A | | | | | | | | | Belfor – THG Comparison Young & Associates |
| | 52 | | | | | | | | | 5/7/15 – File Note re: scope visit |
| | 53 | | | | | | | | | 5/11/15 – Email Perich re: admits expansion joint issue |
| | 54 | | | | | | | | | 5/12/15 – File Note Koos to Perich re: increasing scope |
| | 55 | | | | | | | | | 5/13/15 -Bushman appraisal for Perich, Chubb ($523,477.01) |
| | 56 | | | | | | | | | 5/16/15 -Valuation reports – 5/6/15 |
| | 57 | | | | | | | | | (Undated) File Note Perich to Jeremy/ Hilliard |
| | 58 | | | | | | | | | 5/20/15 -Email Lehman to Bushman |
| | 59 | | | | | | | | | 6/1/15 -Email Perich to Grandinetti and Howarth |
| | 60 | | | | | | | | | 7/17/15 -Email Howarth to Perich |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | *Haman, Inc. v. Chubb Custom Ins.*<br>2:18-CV-01534-KOB   Trial Date: 7/19/2021<br><br>PLAINTIFF – Gary V. Conchin, Kennth B. Cole, Jr.<br>        Gregory Brockwell, Jason Smith<br><br>DEFENDANT – Wayne Taylor, Michelle Sherman<br>        David Lee, Mark Hess<br><br>COURT – Honorable Karon Owen Bowdre<br><br>**EXHIBIT LIST OF PLAINTIFF** |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 61 | | | | | | | | | 7/17/15 – File note to Koos |
| | 62 | | | | | | | | | 7/20/15 – File note Koos |
| | 63 | | | | | | | | | 7/22/15 Email from Perich to Bushman |
| | 64 | | | | | | | | | 7/22/15 – Email from Bushman to Perich |
| | 65 | | | | | | | | | 7/22/15 - Perich to Howarth |
| | 66 | | | | | | | | | 7/23/15 - Howarth to Perich |
| | 66A | | | | | | | | | 7/25/15 - Bushman named appraiser |
| | 67 | | | | | | | | | THG proposed three (3) umpires (2 pages) |
| | 68 | | | | | | | | | Dale Mullin curriculum vitae |
| | 69 | | | | | | | | | 8/7/15 -Email Howarth to Bushman |
| | 69A | | | | | | | | | 8/17/15 – Perich to Bushman |
| | 70 | | | | | | | | | 7/29/15 – Email Perich to Howarth |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | *Haman, Inc. v. Chubb Custom Ins.*<br>*2:18-CV-01534-KOB    Trial Date: 7/19/2021*<br><br>PLAINTIFF – Gary V. Conchin, Kennth B. Cole, Jr.<br>              Gregory Brockwell, Jason Smith<br><br>DEFENDANT – Wayne Taylor, Michelle Sherman<br>              David Lee, Mark Hess<br><br>COURT – Honorable Karon Owen Bowdre<br><br>**EXHIBIT LIST OF PLAINTIFF** |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 71 | | | | | | | | | 08/20/2015 Email |
| | 72 | | | | | | | | | Handwritten note Sarah Grandinetti |
| | | | | | | | | | | |
| | 73 | | | | | | | | | 8/7/15 -Visram letter to Perich |
| | | | | | | | | | | |
| | 74 | | | | | | | | | Sarah Grandinetti – fire contents inventory |
| | | | | | | | | | | Sarah Grandinetti – fire contents inventory ($139,451.32) |
| | 74A | | | | | | | | | Haman Proof of Loss contents |
| | 75 | | | | | | | | | Sarah Grandinetti CV |
| | | | | | | | | | | |
| | 76 | | | | | | | | | Arthur Grandinetti – CV |
| | | | | | | | | | | |
| | 77 | | | | | | | | | 8/10/15 –FBS Expert Report (18 pages) |
| | 78 | | | | | | | | | FBS Irmiter - Curriculum vitae (19 pages) |
| | 79 | | | | | | | | | FBS Irmiter – fire pictures – (IRM PX Bates 1-128) |
| | 80 | | | | | | | | | FBS Irmiter – picture of Black Mold- stachybotrys |
| | | | | | | | | | | |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) SUS | O/R | RES | RULING ON REOFFER SUS | O/R | REC'D. COND. OR LTD. | RECEIVED | *Haman, Inc. v. Chubb Custom Ins.*<br>*2:18-CV-01534-KOB   Trial Date: 7/19/2021*<br><br>PLAINTIFF – Gary V. Conchin, Kennth B. Cole, Jr.<br>         Gregory Brockwell, Jason Smith<br><br>DEFENDANT – Wayne Taylor, Michelle Sherman<br>         David Lee, Mark Hess<br><br>COURT – Honorable Karon Owen Bowdre<br><br>**EXHIBIT LIST OF PLAINTIFF**<br>DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 81 |  |  |  |  |  |  |  |  | FBS Irmiter – picture of Chaetomium |
|  | 82 |  |  |  |  |  |  |  |  | FBS Irmiter – picture of Aspergillus and Penicillium |
|  | 83 |  |  |  |  |  |  |  |  | 8/20/15 Email Perich to Bushman |
|  | 84 |  |  |  |  |  |  |  |  | 8/21/2015 – Email Howarth to Bushman |
|  | 85 |  |  |  |  |  |  |  |  | 8/21/15 – Declaration of Appraisers |
|  | 86 |  |  |  |  |  |  |  |  | 8/21/15 and 8/25/15 – Declaration of Appraisers |
|  | 87 |  |  |  |  |  |  |  |  | 9/3/15 – Email Perich to Zarin |
|  | 88 |  |  |  |  |  |  |  |  | 9/10/15 – Zarin Visram letter to Perich |
|  | 89 |  |  |  |  |  |  |  |  | Resend of 9/10/15 Zarin letter to Perich |
|  | 90 |  |  |  |  |  |  |  |  | 10/1/15 – Email Howarth to Bushman |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | *Haman, Inc. v. Chubb Custom Ins.*<br>2:18-CV-01534-KOB   Trial Date: 7/19/2021<br><br>PLAINTIFF – Gary V. Conchin, Kennth B. Cole, Jr.<br>    Gregory Brockwell, Jason Smith<br><br>DEFENDANT – Wayne Taylor, Michelle Sherman<br>    David Lee, Mark Hess<br><br>COURT – Honorable Karon Owen Bowdre<br><br>**EXHIBIT LIST OF PLAINTIFF** |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 91 | | | | | | | | | 10/21/15 – Email Howarth to Perich |
| | 92 | | | | | | | | | 10/21/15 – Email Perich to Howarth |
| | 93 | | | | | | | | | 10/22/15- Email Perich to Bushman |
| | 94 | | | | | | | | | 10/22/15 – Email Perich to Bushman re: new, old contents claim |
| | 95 | | | | | | | | | Allen Contents List |
| | 96 | | | | | | | | | 10/26/15 – Email Perich to Bushman |
| | 97 | | | | | | | | | 11/13/15 – Paden & Paden |
| | 97A | | | | | | | | | DANGER KEEP OUT SIGN |
| | 98 | | | | | | | | | 12/1/15 – Email Wade Bushman to Perich |
| | 99 | | | | | | | | | 12/4/15 - Email Perich to Wade Bushman, |
| | 100 | | | | | | | | | 12/18/15 – Reservation of Rights |

11

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | *Haman, Inc. v. Chubb Custom Ins.*<br>*2:18-CV-01534-KOB   Trial Date: 7/19/2021*<br><br>PLAINTIFF – Gary V. Conchin, Kennth B. Cole, Jr.<br>Gregory Brockwell, Jason Smith<br><br>DEFENDANT – Wayne Taylor, Michelle Sherman<br>David Lee, Mark Hess<br><br>COURT – Honorable Karon Owen Bowdre<br><br>**EXHIBIT LIST OF PLAINTIFF** |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 101 | | | | | | | | | York Payment Ledger |
| | 102 | | | | | | | | | 12/18/15 – Letter Koos to Perich re: EUO and ROR – (2 pages) |
| | 103 | | | | | | | | | Claims File – Notes |
| | 104 | | | | | | | | | Perich First Report – April 16, 2014 |
| | 105 | | | | | | | | | Perich Second Report – May 23, 2014 |
| | 106 | | | | | | | | | Perich Third Report – July 21, 2014 |
| | 107 | | | | | | | | | Perich Fourth Report – September 2, 2014 |
| | 108 | | | | | | | | | Perich Fifth Report – October 19, 2014 |
| | 109 | | | | | | | | | Perich Sixth Report - November 26, 2014 |
| | 110 | | | | | | | | | Perich Seventh Report – December 26, 2014 |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | *Haman, Inc. v. Chubb Custom Ins.*<br>2:18-CV-01534-KOB    Trial Date: 7/19/2021<br><br>PLAINTIFF – Gary V. Conchin, Kennth B. Cole, Jr.<br>     Gregory Brockwell, Jason Smith<br><br>DEFENDANT – Wayne Taylor, Michelle Sherman<br>     David Lee, Mark Hess<br><br>COURT – Honorable Karon Owen Bowdre<br><br>**EXHIBIT LIST OF PLAINTIFF** |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 111 | | | | | | | | | Perich Eighth Report – January 30, 2015 |
| | 112 | | | | | | | | | Perich Ninth Report – March 9, 2015 |
| | 113 | | | | | | | | | Perich Tenth Report – April 25, 2015 |
| | 114 | | | | | | | | | Perich Eleventh Report – June 4, 2015 |
| | 115 | | | | | | | | | Perich Twelfth Report – July 17, 2015 |
| | 116 | | | | | | | | | Perich Thirteenth Report – August 21, 2015 |
| | 117 | | | | | | | | | Perich Fourteenth Report – October 2, 2015 |
| | 118 | | | | | | | | | Perich Fifteenth Report- November 19, 2015 |
| | 119 | | | | | | | | | 1/10/16 Email Perich to Wade Bushman |
| | 120 | | | | | | | | | 1/11/16 -Email Howarth to Perich |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | *Haman, Inc. v. Chubb Custom Ins.*<br>**2:18-CV-01534-KOB**   Trial Date: 7/19/2021<br><br>PLAINTIFF – Gary V. Conchin, Kennth B. Cole, Jr. Gregory Brockwell, Jason Smith<br><br>DEFENDANT – Wayne Taylor, Michelle Sherman David Lee, Mark Hess<br><br>COURT – Honorable Karon Owen Bowdre<br><br>**EXHIBIT LIST OF PLAINTIFF** |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 121 | | | | | | | | | 1/11/16 -Butler Law Firm letter to Zarin |
| | 122 | | | | | | | | | 1/11/16 - Bushman to Howarth |
| | 123 | | | | | | | | | 1/12/2016 - Email Perich, Wade Bushman and Koos |
| | 124 | | | | | | | | | 1/19/16 - Butler Law Firm letter to Zarin |
| | 125 | | | | | | | | | 1/20/16 - Email Perich to Wade Bushman |
| | 126 | | | | | | | | | 1/20/16 -Email Perich to Wade Bushman and Koos |
| | 127 | | | | | | | | | 1/25/16 – Koos to Perich |
| | 128 | | | | | | | | | 1/27/16 Perich to Bushman |
| | 128A | | | | | | | | | 1/30/16 Letter Bushman to Howarth |
| | 129 | | | | | | | | | 7/5/16 - Bushman to Luke Bowman |
| | 130 | | | | | | | | | 6/6/20 - Demolition estimate RC Enterprises $457,500.00 |

| N O T   O F F E R E D | N U M B E R | I D E N T I F I E D | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | R E C D.   C O N D.   O R   L T D. | R E C E I V E D | *Haman, Inc. v. Chubb Custom Ins.* *2:18-CV-01534-KOB*   Trial Date: 7/19/2021  PLAINTIFF – Gary V. Conchin, Kennth B. Cole, Jr. Gregory Brockwell, Jason Smith  DEFENDANT – Wayne Taylor, Michelle Sherman David Lee, Mark Hess  COURT – Honorable Karon Owen Bowdre  **EXHIBIT LIST OF PLAINTIFF** |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 131 | | | | | | | | | 6/29/20 Demolition estimate Taco Stephens ($443,500.00) |
| | 132 | | | | | | | | | 6/23/20 Demolition estimate Wise Excavation ($448,476.97) |
| | 133 | | | | | | | | | Wilburn p. 643, 644 (2 pages) - "Alabama" |
| | 134 | | | | | | | | | Picture of Bushman |
| | 135 | | | | | | | | | Picture of Perich |
| | 136 | | | | | | | | | Howarth e-mails re: delays |
| | 137 | | | | | | | | | Summary of Expert Witness fees as of 8/14/20 |
| | 138 | | | | | | | | | Partial Proof of Loss - Building |
| | 139 | | | | | | | | | Partial Proof of Loss - BPP Contents |
| | 140 | | | | | | | | | Fortenberry bills 5-30-2014 and 10/8/2015 ($2,769.23 and $5,709.55) |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) ||| RULING ON REOFFER || REC'D. COND. OR LTD. | RECEIVED | *Haman, Inc. v. Chubb Custom Ins.* 2:18-CV-01534-KOB    Trial Date: 7/19/2021 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | PLAINTIFF – Gary V. Conchin, Kennth B. Cole, Jr. Gregory Brockwell, Jason Smith |
| | | | | | | | | | | DEFENDANT – Wayne Taylor, Michelle Sherman David Lee, Mark Hess |
| | | | | | | | | | | COURT – Honorable Karon Owen Bowdre |
| | | | | | | | | | | **EXHIBIT LIST OF PLAINTIFF** |
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 141 | | | | | | | | | Wade Bushman billing 6/15/15-11/24/15 ($25,520.15) |
| | 142 | | | | | | | | | Steve Lehman billing – 6/12/15 – 1/13/16 ($13,542.00) |
| | 143 | | | | | | | | | Brent Perich billing – 9/28/14 – 9/20/16 ($19,850.11) |
| | 144 | | | | | | | | | Thomas Sumner billing – 12/8/15 – 2/16/16 ($22,613.91) |
| | 145 | | | | | | | | | Stuart Mintz billing – 2/17/16 ($3,987.05) |
| | 146 | | | | | | | | | Paul Defay billing - 10/31/14 ($4,176.88) |
| | 147 | | | | | | | | | Chubb, York Risk Services, Young & Associates diagram |
| | 148 | | | | | | | | | BBMK estimate 5-20-14 |
| | 149 | | | | | | | | | Belfor estimate 5-30-14 |
| | 150 | | | | | | | | | Brookstone estimate 7-14-14 |

16

Respectfully submitted this the 21st day of June, 2021.

/s/ Gary V. Conchin
Gary V. Conchin (ASB-1263-C56G)
Attorney(s) for the Plaintiff
CONCHIN, COLE and JORDAN
2404 Commerce Ct SW
Huntsville, AL 35801
(256)705-7777 (Phone)
(256)705-7778 (Fax)
gary@alainjurylaw.com

Gregory Brockwell, Esq.
Jason R. Smith, Esq.
2100 1st Ave. N., Ste. 300
Birmingham, AL 35203
greg@brockwellsmith.com
jay@brockwellsmith.com

## CERTIFICATE OF SERVICE

I certify that I have on the 21st day of June, 2021 served a true and correct copy of the foregoing to counsel for all parties in this matter via electronic mail using the federal online filing system for this District.

Michelle A. Sherman, Esq.
Wayne D. Taylor, Esq.
MOZLEY, FINLAYSON
and LOGGINS, LLP
1050 Crown Pointe Pkwy., Ste. 1500
Atlanta, GA 30338
msherman@mfllaw.com
wtaylor@mflaw.com

Mark Hess, Esq.
HAND, ARENDALL
2001 Park Place, N. Ste. 1200
Birmingham, AL 35203
mhess@handarendall.com

David A. Lee, Esq.
PARSONS, LEE & JULIANO, P.C.
600 Vestavia Parkway, Ste. 300
Birmingham, Alabama 35216
dlee@pljpc.com

/s/ Gary V. ConchinU
Gary V. Conchin (ASB-1263-C56G)