FILED
2021 Jul-01 PM 12:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **HAMAN, INC.,** | ] |
| | ] |
| **Plaintiff,** | ] |
| | ] |
| v. | ] **CIVIL ACTION NO.** |
| | ] **2:18-CV-01534-KOB** |
| **CHUBB CUSTOM INSURANCE** | ] |
| **COMPANY,** | ] |
| | ] |
| **Defendant.** | ] |

## ORDER CONTINUING TRIAL

The court found that the legal question of the measure of damages in this case should be decided before trial in the interest of efficiency and has given the parties an opportunity to further brief that issue. (Doc. 182). Thus, the court **CONTINUES** the trial set for **Monday, July 19, 2021**, to be **RESET** by separate order. The court **SUSPENDS** all deadlines under the Pretrial Order (doc. 166) and Exhibit A (doc. 166-1) until the trial is reset.

**DONE** and **ORDERED** this 1st day of July, 2021.

_____
**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE