FILED
2021 Oct-18  PM 01:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **HAMAN, INC., d/b/a Knights Inn,** } | |
| } | |
| **Plaintiff,** } | |
| } | |
| v.  } | 2:18-cv-1534-KOB |
| } | |
| **CHUBB CUSTOM INSURANCE, CO.,** } | |
| } | |
| **Defendant.** } | |

## ORDER OF DISMISSAL

The court, having been advise that the parties have reached a settlement and with consent of the Plaintiff, DISMISSES this case WITHOUT PREJUDICE. The court retains jurisdiction of this action to reinstate the case if any party represents to the court **on or before December 20, 2021,** that final settlement documentation could not be completed.

**DONE** and **ORDERED** this 18th day of October, 2021.

_Karon O. Bowdre_
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE